# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2803
_____

JOSEPH EUGENE STEWART,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

December 18, 2025

PER CURIAM.

AFFIRMED.

WINOKUR, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Joseph Eugene Stewart, pro se, Appellant.

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.